1  BENJAMIN B. WAGNER
   United States Attorney
2  CAROLYN K. DELANEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2798

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  CASE NO.  2:05-mj-00181 GGH
                                 )
12                  Plaintiff,   )  ORDER TO DISMISS COMPLAINT
                                 )
13  v.                           )
                                 )
14  FERNANDO ALFREDO JIMENEZ,    )
                                 )
15                  Defendant.   )
                                 )
16  _____)

17

18  IT IS HEREBY ORDERED that the above-captioned complaint be dismissed.

19

20  Dated: June 14, 2011              /s/ Gregory G. Hollows
                                      _____
21                                    Honorable Gregory G. Hollows
                                      United States Magistrate Judge
22

23

24

25

26

27

28

1